BWW#: MI-321173

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | |
|---|---|
| IN RE:<br>CYNTHIA MICHELLE MROZ-LARSEN<br>*aka* CINDY MROZ-LARSEN<br>*aka* CINDY LARSEN<br>    Debtor<br>_____<br>SETERUS, INC. AS THE AUTHORIZED<br>SUBSERVICER FOR FEDERAL NATIONAL<br>MORTGAGE ASSOCIATION ("FANNIE MAE"),<br>CREDITOR C/O SETERUS, INC.<br>    Movant<br>v.<br>CYNTHIA MICHELLE MROZ-LARSEN<br>*aka* CINDY MROZ-LARSEN<br>*aka* CINDY LARSEN<br>    Debtor/Respondent<br>and<br>MICHAEL A. LARSEN<br>    Co-Debtor/Co-Respondent<br>and<br>THOMAS P. GORMAN<br>    Trustee/Respondent | Case No. 17-12857-BFK<br><br>Chapter 13 |

## ORDER GRANTING RELIEF FROM STAY AND CO-DEBTOR STAY

Upon consideration of the motion of Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. to modify the automatic stay; it is

ORDERED that the automatic stay imposed by 11 U.S.C §362 is modified to permit the movant to enforce the lien of its deed of trust as it pertains to the real property located at 2740 Marlington Rd, Waterford, MI 48329 and is more particularly described as follows:

Land Situated in the Township of Waterford in the County of Oakland in the State of MI

Lot 7, Drayton Heights Subdivision, as recorded in Liber 15, Page 46, of Plats, Oakland County Records.

which relief shall extend to the purchaser at the foreclosure sale to allow the purchaser to take such action under state law, as may be necessary, to obtain possession of the property.

Lauren French, VSB# 85478
8100 Three Chopt Rd.
Suite 240
Richmond, VA 23229
(804) 282-0463(Phone)
*Attorney for the Movant*

  IT IS FURTHER ORDERED that relief is granted as to Michael A. Larsen, the co-debtor(s), from the automatic stay imposed by Section 1301(a) to the same extent and on the same terms and conditions as granted as to the debtor.

  DONE at Alexandria, Virginia, this _____ day of _____, 20\_\_\_.

                 _____
                 Bankruptcy Judge
                 U.S. Bankruptcy Court
                 Entered on Docket: _____

**WE ASK FOR THIS:**

*/s/ Lauren French*
Lauren French, VSB# 85478
BWW Law Group, LLC
8100 Three Chopt Rd.
Suite 240
Richmond, VA 23229
(804) 282-0463 (phone)
(804) 282-0541 (facsimile)
*Counsel for the Movant*

**SEEN AND AGREED:**

*/s/ Jeremy Calvin Huagn*
Jeremy Calvin Huang, Esq.
10615 Judicial Dr.
Suite 102
Fairfax, VA 22030
*Counsel for the Debtor*

**SEEN:**

*/s/ Thomas P. Gorman*
Thomas P. Gorman, Trustee
300 N. Washington St Ste 400
Alexandria, VA 22314
*Chapter 13 Trustee*

Copy to:

BWW Law Group, LLC
8100 Three Chopt Rd.
Suite 240
Richmond, VA 23229

Thomas P. Gorman, Trustee
300 N. Washington St Ste 400
Alexandria, VA 22314

Jeremy Calvin Huang, Esq.
10615 Judicial Dr.
Suite 102
Fairfax, VA 22030

Copy mailed to:

Cynthia Michelle Mroz-Larsen
aka Cindy Mroz-Larsen
aka Cindy Larsen
218 Cedar Lane SE, Apt 55
Vienna, VA 22180

Michael A. Larsen
2740 Marlington Rd
Waterford, MI 48329

Cynthia Michelle Mroz-Larsen
aka Cindy Mroz-Larsen
aka Cindy Larsen
2740 Marlington Rd
Waterford, MI 48329

## **CERTIFICATION**

The undersigned certifies that:

1. The foregoing Order Granting Relief from Stay is identical to the form order required by Standing Order No. 10-2 and that no modifications, additions, or deletions have been made; and

2. The foregoing Order Granting Relief from Stay has been endorsed by or on behalf of all necessary parties and counsel herein, in accordance with Local Rule 9022-1.

                                                            _/s/ Lauren French_
                                                            Lauren French